Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



**STEVEN J. BAUM, P.C.**
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service
Web Site
WWW.MBAUM.COM

April 21, 2010

Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District Of New York
355 Main Street
Poughkeepsie, NY 12601

Re:        Milan Olich
Case No.   09-38236-cgm

Dear Hon. Cecelia G. Morris:

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank, NA (the "Secured Creditor") pursuant to the Southern District of New York Loss Mitigation Program Procedures. Our office received the requested documents from the Debtor on or about April 20, 2010 and forwarded them to Secured Creditor.   Secured Creditor is currently reviewing the documents provided.

    Therefore, subject to the Court's approval, the Debtor's counsel and this firm have agreed to adjourn the status conference from April 27, 2010 to June 9, 2010 extending the loss mitigation period accordingly.   This firm was advised by Chambers that this date is acceptable.

    Enclosed herewith please find a proposed order for the Court's consideration.   If there are any questions, please feel free to contact me directly at 716-650-2281.

    Very truly yours,

    STEVEN J. BAUM, P.C.

    By:    Marc D. Hess, Esq.

Cc:   Milan Olich
      Anne J. Penachio, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.   However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.